**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2215**

ANTHONY G. BRYANT,

       Plaintiff - Appellant,

      v.

US DEPARTMENT OF EDUCATION; FEDERAL BUREAU OF INVESTIGATION; DRUG ENFORCEMENT ADMINISTRATION; HOMELAND SECURITY ADMINISTRATION; SOCIAL SECURITY ADMINISTRATION; US DEPARTMENT OF JUSTICE; CHARLESTON DEPARTMENT OF TRANSPORTATION; INTERNAL REVENUE SERVICE; FEDERAL TRADE COMMISSION,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Margaret B. Seymour, Senior District Judge. (2:19-cv-02911-MBS-MGB)

Submitted: January 23, 2019                   Decided: January 27, 2020

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Anthony G. Bryant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony G. Bryant seeks to appeal the district court's order requiring him to pay the full filing fee for his civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order that Bryant seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*